IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH SECURITIES LITIGATION | ) ) ) | CV-03-BE-1500-S |
| _____ | ) | |
| This Document Relates to: All Actions | ) | |

### ORDER ON PENDING MOTIONS

Currently pending before the court is the motion to withdraw (doc. # 280) filed by lead plaintiff Oracle Partners, L.P. ("Oracle") and its motion to modify the court's June 24, 2003 order appointing it as co-lead plaintiff (doc. # 264). Oracle's withdrawal is premised on the desire to avoid the appearance of impropriety created by its retention of Ernst & Young, a defendant in the case, as its auditor. If permitted to withdraw, this consolidated securities class action would not have the requisite lead plaintiff mandated by 15 U.S.C. § 78u-4(a)(3)(B).[1]

Although compelled to withdraw to avoid the appearance of impropriety, Oracle asks the court to modify its June 24, 2003 order and appoint Central States, Southeast and Southwest Areas Pension Fund, International Union of Operating Engineers, Local 132 Pension Plan, and Employers-Teamsters Local No. 175 & 505 Pension Trust Fund as co-lead plaintiffs. Defendants object to the appointment of the above-referenced substitute lead counsel, contending that the Private Securities Litigation Reform Act ("PSLRA"), mandates the resumption of the procedure for selecting lead plaintiff as mandated by 15 U.S.C. § 78u-4(a)(3)(B)(i).

Under the PSLRA, the "most adequate," or lead, plaintiff is presumptively the plaintiff

---

[1] On January 28, 2004, the court removed Orbitex Management, Inc. as co-lead plaintiff. *See* doc. # 11.

1

who: (1) filed an initial complaint or timely moved for appointment as lead plaintiff; (2) has the largest financial interest in the case; and (3) otherwise satisfies the requirements of Rule 23, describing the requirements for class actions generally. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa)-(cc). However, the PSLRA is entirely silent on the proper procedure for substituting a new lead plaintiff when the previously certified one withdraws. Several courts have grappled with the issue of appointing lead plaintiff after the withdrawal of previously certified lead counsel. *See e.g., In re Neopharm, Inc. Securities Litig.*, No. 02 C 2976, 2004 WL 742084 *2-3 (N.D. Ill. April 7, 2004) (upon the withdrawal of the lead plaintiff, the court rejected the proposed substitute lead plaintiffs and, instead, re-opened the process for the appointment of lead plaintiff mandated by the PSLRA); *In re Initial Public Offering Securities Litig.*, 214 F.R.D. 117, 120 (S.D.N.Y 2002) (same). In those cases, the courts have avoided the situation advanced by Oracle and instead allowed class members wishing to serve as lead plaintiffs to move for appointment, thus, permitting the court to make a reasoned analysis in accordance with the factors outlined by the PSLRA.

The court agrees with the above-referenced persuasive authority and concludes that Oracle's motion to withdraw necessitates the re-opening of the process for the appointment of lead plaintiff as mandated by the PSLRA. Accordingly, it is ORDERED as follows:

(1) The motion for withdrawal of lead plaintiff (doc. # 280) Oracle Partners, L.P. is GRANTED. Oracle shall not be required to submit to formal or informal discovery following withdrawal as if it had remained lead plaintiff.

(2) The motion to modify the court's June 24, 2003 order (doc. # 264) to unilaterally appoint Central States, Southeast and Southwest Areas Pension Fund, the International Union of

Operating Engineers, Local 132 Pension Plan, and the Employee-Teamsters Local Numbers 175 & 505 Pension Trust Fund is DENIED.

(3) Any party wishing to serve as lead plaintiff in the stockholder litigation may make a motion to this court on or before **January 7, 2005.**

(4) All principal trial counsel for all plaintiffs seeking appointment as lead plaintiffs in the above-captioned cases shall appear for a hearing on the appointment of lead plaintiff on **January 14, 2005,** at **10:30 a.m.** in Courtroom 5A of the Hugo L. Black United States Courthouse in Birmingham, Alabama. Counsel for plaintiffs not seeking appointment as lead plaintiffs need not attend the hearing. Counsel for defendants <u>may</u> attend, but are not required to be present.

DONE and ORDERED this the day of November 30, 2004.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE