FILED
 2005 Aug-02  PM 01:34
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1500-S |
| In re HEALTHSOUTH CORPORATION ERISA LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1700-S |
| In re HEALTHSOUTH CORPORATION INSURANCE LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1139-S |
| In re HEALTHSOUTH CORPORATION DERIVATIVE LITIGATION | ) ) ) | Consolidated Case No. CV-02-BE-2565 |

## ORDER

Given the resolution of the criminal case against Richard M. Scrushy, the Protective Order entered in the above-referenced cases on May 10, 2004 is VACATED.

DONE and ORDERED this 2nd day of August, 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE