UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) Consolidated Case No. CV-03-BE-1500-S |
| This Document Relates To: *In re HealthSouth Corporation Stockholder Litigation*, Consolidated Case No. CV-03-BE-1501-S | ) <u>CLASS ACTION</u> ) ) MOTION FOR CLASS ) CERTIFICATION ) ) ) ) ) |

Plaintiffs Central States, Southeast and Southwest Area's Pension Fund ("Central States"), New Mexico State Investment Council and the Educational Retirement Board of New Mexico ("New Mexico"), the State of Michigan Retirement Systems ("Michigan"), Julius McQueen, Marsha Kouba, David Dubrow (NSC Merger), Donald Angle, Jack Kennedy, Dale Willetts (TCD Merger), Franklin and Rosalyn Ross, Trustees of the Franklin A. Ross and Rosalyn J. Ross Revocable Living Trust (Horizon Merger), respectfully move the Court as follows:

1. To certify a plaintiff class consisting of all persons who, between April 24, 1997 and March 18, 2003 (the "Stockholder Class Period"), purchased or otherwise acquired the stock or options of HealthSouth Corporation ("HRC," "HealthSouth" or the "Company"), and were damaged thereby (the "Stockholder Class"). Included in the Stockholder Class are persons who acquired HealthSouth securities in exchange for the stock or options of the National Surgery Centers, Inc. ("NSC"), Horizon/CMS Healthcare Corporation ("Horizon") and The Company Doctor ("TCD") mergers (the "Merger Subclasses"). Excluded from the Stockholder Class and Merger Subclasses are current and former defendants, members of the immediate family of any current or former defendants, the directors, officers, subsidiaries and affiliates of HealthSouth, any person, firm, trust, corporation, officer, director or other individual or entity in which any current or former defendant has a controlling interest, and the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded party.

2. To appoint Central States, New Mexico, Michigan and Julius McQueen class representatives on behalf of the Stockholder Class.

3. To appoint Merger Subclass Plaintiffs Marsha Kouba, David Dubrow, Donald Angle, Jack Kennedy, Dale Willetts, Franklin and Rosalyn Ross, Trustees of the Franklin A. Ross and Rosalyn J. Ross Revocable Living Trust class representatives on behalf of the Merger Subclasses.

4. To appoint Co-Lead Counsel Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow LLP; Co-Liaison Counsel Whatley, Drake & Kallas LLC and Riley Jackson, P.C. Class Counsel.

5. To appoint Schatz, Nobel & Izard P.C. and Ragsdale LLC as separate counsel for the Merger Subclasses.

In support of this Motion, the Stockholder Plaintiffs file the attached Memorandum of Points and Authority and related exhibits.

WHEREFORE, the Stockholder Plaintiffs respectfully request that their Motion for Class Certification be granted.

DATED: October 3, 2007

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JONAH H. GOLDSTEIN
JOHN J. RICE
JAMES A. CAPUTO
DEBRA J. WYMAN
RYAN A. LLORENS
JENNIFER Y. LAI
NATHAN R. LINDELL

       s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAMES W. JOHNSON
JOSEPH A. FONTI
MICHAEL H. ROGERS
KELSO L. ANDERSON
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Co-Lead Plaintiffs

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
RUSSELL JACKSON DRAKE
G. DOUGLAS JONES
OTHNI J. LATHRAM
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Telephone: 205/328-9576
205/328-9669 (fax)

RILEY & JACKSON, P.C.
ROBERT R. RILEY, JR.
1744 Oxmoor Road
Birmingham, AL 35209
Telephone: 205/879-5000
205/879-5901 (fax)

Co-Liaison Counsel for Co-Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
CHARLES W. GILLIGAN
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

CICCARELLO DEL GIUDICE &
  LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Plaintiffs

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
SETH R. KLEIN


          s/ Seth R. Klein
          SETH R. KLEIN

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)

RAGSDALE LLC
Clay Ragsdale
2100 Third Avenue North, Suite 820
Birmingham, AL 35203
Telephone: 205/251-4775
205/251-4777 (fax)

Additional Counsel for Merger Subclasses

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2007.

s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: patc@csgrr.com

# Mailing Information for a Case 2:03-cv-01500-KOB-TMP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **R Martin Adams**
  parkman@graceba.net

- **Richard F Albert**
  ralbert@maglaw.com

- **Kelso L Anderson**
  kanderson@labaton.com

- **Robert J Anello**
  ranello@maglaw.com

- **William P Ashworth**
  washworth@wc.com

- **W Michael Atchison**
  wma@starneslaw.com

- **Patrick J Ballard**
  pjballard@ballardlawoffice.com

- **Peter Q Bassett**
  pbassett@alston.com

- **Richard Bemporad**
  rbemporad@ldbs.com

- **Edward J Bennett**
  ebennett@wc.com

- **Max W Berger**
  mwb@blbglaw.com

- **Stanley D Bernstein**
  Bernstein@bernlieb.com

- **Jeffrey R Blackwood**
  jblackwood@bradleyarant.com

- **Carmine D Boccuzzi**
  cboccuzzi@cgsh.com

- **William C Bomar**

　　　WCB@csattorneys.com

- **Bruce R Braun**
  bbraun@winston.com

- **Charles F Brega**
  cbrega@lindquist.com

- **Vincent Briganti**
  vbriganti@ldbs.com

- **Scott S Brown**
  scottbrown@maynardcooper.com

- **Carl S Burkhalter**
  cburkhalter@maynardcooper.com

- **Hope T Cannon**
  hcannon@bradleyarant.com

- **James A Caputo**
  jimc@csgrr.com

- **Michael J Chepiga**
  mchepiga@stblaw.com

- **John P Coffey**
  sean@blbglaw.com

- **Betsy P Collins**
  bcollins@alston.com

- **Bryan E Comer**
  bec@cbcbb.com

- **J Erik Connolly**
  econnolly@winston.com

- **Julia B Cooper**
  jbcooper@bradleyarant.com

- **N Lee Cooper**
  lcooper@maynardcooper.com

- **Patrick C Cooper**
  darceneaux@maynardcooper.com

- **Patrick J Coughlin**
  patc@csgrr.com

- **John T Crowder , Jr**
  jtc@cbcbb.com

- **Robert T Cunningham , Jr**
  rtc@cbycb.com

- **Stephen D Dargitz**
  sdargitz@skadden.com

- **Charles A Dauphin**
  cdauphin@bddmc.com

- **Inayat Delawala**
  idelawala@wc.com

- **Edward P Dietrich**
  EdD@Lerachlaw.com

- **Manuel J Dominguez**
  jdominguez@bermanesq.com

- **David R Donaldson**
  DavidD@dglawfirm.com

- **Richard T Dorman**
  rtd@cbcbb.com

- **Russell Jackson Drake**
  ecf@whatleydrake.com

- **Wayne W Drinkwater**
  jaltobelli@bradleyarant.com

- **Thomas A Dubbs**
  tdubbs@labaton.com

- **Robert D Eckinger**
  robert.eckinger@arlaw.com

- **Jay M Ezelle**
  JME@starneslaw.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph A Fawal**
  jfawal@bellsouth.net

- **H L Ferguson , Jr**
  hlf@ffdlaw.com

- **Thomas Fitzpatrick**
  tfitzpatrick@tfitzpatrick.com

- **Robert Fleishman**
  rfleishm@steptoe.com

- **Joseph A Fonti**
  jfonti@labaton.com

- **Brian Thomas Frawley**
  frawleyb@sullcrom.com

- **Lauren C Freundlich**
  lfreundlich@lswlaw.com

- **Henry Frohsin**
  hfrohsin@bakerdonelson.com

- **Stephen J Fuzesi**
  sfuzesi@wc.com

- **Daniel M Gitner**
  dgitner@lswlaw.com

- **Robert J Giuffra**
  giuffrar@sullcrom.com

- **Paul Gluckow**
  pgluckow@stblaw.com

- **Beata Gocyk-Farber**
  Beata@blbglaw.com

- **Jonah H Goldstein**
  jonahg@csgrr.com

- **James L Goyer , III**
  jgoyer@maynardcooper.com

- **David C Gray**
  dgray@wc.com

- **Helen A Gredd**
  hgredd@lswlaw.com

- **David J Guin**
  davidg@dglawfirm.com

- **Jeffrey M Haber**
  haber@bernlieb.com

- **William P Hammer , Jr**
  bill.hammer@ey.com

- **Anthony C Harlow**
  ach@starneslaw.com

- **J Mark Hart**
  jmh@hsy.com

- **David R Hassel**
  DavidH@blbglaw.com

- **Frederick G Helmsing**
  fgh@helmsinglaw.com

- **James F Henry**
  jhenry@bradleyarant.com

- **James F Hughey , III**
  jhughey@lfwlaw.com

- **Susan E Hurd**
  shurd@alston.com

- **Harriet Thomas Ivy**
  hivy@bakerdonelson.com

- **B. Keith Jackson**
  kj@rileyjacksonlaw.com

- **Russel N Jacobson**
  rjacobson@labaton.com

- **James W Johnson**
  jjohnson@labaton.com

- **Brice Martin Johnston**
  bmjohnston@csattorneys.com

- **G Douglas Jones**
  ecf@whatleydrake.com

- **Robin H Jones**
  RHJ@starneslaw.com

- **Julia M Jordan**
  jordanjm@sullcrom.com

- **Sheilah M Kane**
  skane@cgsh.com

- **Francis P Karam**
  Karam@bernlieb.com

- **M Kay Kelley**
  kaykelley@mindspring.com

- **Allison R Kimmel**
  akimmel@stblaw.com

- **Jennifer Y Lai**
  jlai@csgrr.com

- **Othni J Lathram**
  ecf@whatleydrake.com

- **Arthur W Leach**
  art@arthurwleach.com

- **Jeffrey N Leibell**
  jeffl@blbglaw.com

- **William S Lerach**
  BillL@Lerachlaw.com

- **Ian N Levy**
  levyi@sullcrom.com

- **Nathan R Lindell**
  nlindell@csgrr.com

- **Ryan A Llorens**
  ryanl@csgrr.com

- **Don B Long , Jr**
  dbl@jbpp.com

- **Mitchell A Lowenthal**
  mlowenthal@cgsh.com

- **Kallie C Lunsford**
  kallie@rileyjacksonlaw.com

- **Enu Mainigi**
  emainigi@wc.com

- **Alan Daniel Mathis**
  adm@jbpp.com

- **Erskine Ramsey Mathis**
  erskinelaw@aol.com

- **Lauren A McMillan**
  laurenm@blbglaw.com

- **Debra M Mestre**
  Mestregfc@aol.com

- **Benjamin M Moncrief**
  bmoncrief@bradleyarant.com

- **Leslie V Moore**
  les.moore@lvmlaw.com

- **Kan M Nawaday**
  knawaday@lswlaw.com

- **James L O'Kelley**
  jimokelley@bellsouth.net

- **Stephen C Olen**
  sco@cbcbb.com

- **Keith F Park**
  keithp@csgrr.com

- **James W Parkman**
  parkman@graceba.net

- **Michael J Pucillo**
  mpucillo@bermanesq.com

- **Maxwell H Pulliam**
  MHPulliam@csattorneys.com

- **Teresa T Pulliam**
  ttpulliam@msn.com

- **Barry A Ragsdale**
  barryrags@aol.com

- **M Clay Ragsdale , IV**
  clay@ragsdalellc.com

- **C Lee Reeves**
  lreeves@sirote.com

- **John J Rice**
  jrice@csgrr.com

- **Robert R Riley , Jr**
  rob@rileyjacksonlaw.com

- **Michael P Roche**
  mroche@winston.com

- **Daniel O Rodgers**
  dor@ffdlaw.com

- **Michael H Rogers**
  mrogers@labaton.com

- **Victoria Radd Rollins**
  vrollins@wc.com

- **Nancy I Ruskin**
  nruskin@cgsh.com

- **Ann N Sagerson**
  asagerson@wc.com

- **Michael Sansbury**
  msansbury@spotswoodllc.com

- **Robert S Saunders**
  rsaunder@skadden.com

- **Andrew M Schatz**
  firm@snlaw.net

- **Jeffrey T Scott**
  scottj@sullcrom.com

- **Anne Marie Seibel**
  aseibel@bradleyarant.com

- **Neil L Selinger**
  nselinger@ldbs.com

- **Maryanne Sexton**
  msexton@maglaw.com

- **Jackson R Sharman , III**
  jsharman@lfwlaw.com

- **Kenneth O Simon**
  KOS@csattorneys.com

- **Henry E Simpson**
  henry.simpson@arlaw.com

- **J Callen Sparrow**
  jcsparrow@hdglawfirm.com

- **Beth A Stewart**
  bstewart@wc.com

- **Tammy McClendon Stokes**
  tstokes@dglawfirm.com

- **Stephen A Strickland**
  sstrickland@rjaffelaw.com

- **Lawrence A Sucharow**
  lsucharow@labaton.com

- **John B Tally , Jr**
  john.tally@arlaw.com

- **Amy M Tully**
  atully@maglaw.com

- **William H Wagener**
  wagenerw@sullcrom.com

- **Dan K Webb**
  dwebb@winston.com

- **Edward P Welch**
  ewelch@skadden.com

- **Joe R Whatley , Jr**
  jwhatley@whatleydrake.com

- **William Calvin White , II**
  parkman@graceba.net

- **Laurent S Wiesel**
  wiesell@sullcrom.com

- **Kenneth Joe Wilson , Jr**
  kjwilson@wardwilsonlaw.com

- **Thomas P Windom**
  twindom@wc.com

- **Nicole E Wrigley**
  nwrigley@winston.com

- **Debra J Wyman**
  debraw@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Eric Green**
RESOLUTIONS LLC
222 Berkeley Street
Boston, MA 02116

**Merger Subclass**
,

**Richard M. Scrushy**
c/o Arthur W. Leach
2310 Marin Drive
Birmingham, AL 35243

# SERVICE BY MAIL
*In re HealthSouth Sec. Litig.*
**Master File No. CV-03-BE-1500-S**

Served by first-class U.S. Mail:

Eric Green
RESOLUTIONS LLC
222 Berkeley Street
Boston, MA 02116

Suzan M. Sanford
First Assistant Attorney General
Consumer Protection Division
Michigan Attorney General
P.O. Box 30755
Lansing, MI 48909

Andrew J. Entwistle
Robert N. Cappucci
Johnston F. Whitman, Jr.
Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, New York 10017-1216

Michael A. Cox, Attorney General
Michigan Department of Attorney General
G. Mennen Williams Building, 7th Floor
525 West Ottawa Street
Lansing, MI 48909

S:\CasesSD\Healthsouth02\eFiling_Healthsouth02\Service List\No E-Mail Service List.doc