UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION ) <br> SECURITIES LITIGATION ) <br> ) <br> This Document Relates To: All Actions ) <br> _____ ) <br> ) | MASTER FILE NO. <br> CV-03-BE-1500-S-TMP |
| In re HEALTHSOUTH CORPORATION ) <br> STOCKHOLDER LITIGATION ) <br> ) <br> This Document Relates To: All Actions ) <br> _____ ) <br> ) | CONSOLIDATED CASE NO. <br> CV-03-BE-1501-S-TMP |
| In re HEALTHSOUTH CORPORATION ) <br> BONDHOLDER LITIGATION ) <br> ) <br> This Document Relates To: All Actions ) <br> _____ ) | CONSOLIDATED CASE NO. <br> CV-03-BE-1502-S-TMP |

## JOINT MOTION OF THE UNDERSIGNED PLAINTIFFS AND DEFENDANTS TO MODIFY THE FOURTH MODIFICATION OF SCHEDULING ORDER NO. 1

COME NOW the Plaintiffs and undersigned Defendants to the current litigation ("the Parties") and respectfully request that the Court further modify the Court's Orders (described below) setting a briefing schedule with respect to Stockholder Plaintiffs' and Bondholder Plaintiffs' motions for class certification. In support hereof, the Parties state as follows:

WHEREAS, on April 4, 2007, the Court (Putnam, J.) entered a Scheduling Order Number 1 (Doc. No. 701) that, among other things set a schedule for briefing Plaintiffs' motions for class certification;

WHEREAS, on August 1, 2007 the Court (Putnam, J.) entered a Modification of Scheduling Order No. 1 (Doc. No. 864) that, at Plaintiffs' request with the consent of the undersigned Defendants and Richard Scrushy, modified the schedule for briefing Plaintiffs' motions for class certification;

WHEREAS, on September 14, 2007, the Court (Putnam, J.) entered a Second Modification of Scheduling Order No. 1 (Doc. No. 918) that, at Plaintiffs' request with the consent of the undersigned Defendants and Richard Scrushy, further modified the schedule for briefing Plaintiffs' motions for class certification;

WHEREAS, on October 3, 2007, Stockholder Plaintiffs and Bondholder Plaintiffs filed their motions for class certification and supporting materials;

WHEREAS, on December 6, 2007, the Court (Putnam, J.) entered a Third Modification of Scheduling Order No. 1 (Doc. No. 1000) that, at all parties' request, further modified the schedule for briefing Plaintiffs' motions for class certification;

WHEREAS, on January 16, 2008, the Court (Putnam, J.) entered a Fourth Modification of Scheduling Order No. 1 (Doc. No. 1033) that, at all parties'

request, established the following deadlines with respect to briefing Plaintiffs' motions for class certification:

1. Any opposition to Plaintiffs' motions for class certification shall be filed no later than **February 11, 2008**; and the Plaintiffs may submit reply briefs by no later than **April 14, 2008**.
2. The deadline for deposing experts identified in support of Plaintiffs' motion for class certification is **February 8, 2008** and the deadline for deposing experts identified in support of defendants' opposition shall be **April 11, 2008**.

WHEREAS, due to the unforeseen illness of one of Bondholder Plaintiffs' expert witnesses, and in order to accommodate the re-scheduling of this expert deposition, the parties have agreed to a brief extension of the class certification briefing schedule; and

THEREFORE, the parties respectfully request that the deadlines set forth in the Fourth Modification of Scheduling Order No. 1 (Doc. No. 1033) be modified as follows:

1. Any opposition to Plaintiffs' motions for class certification shall be filed no later than **February 29, 2008**; and the Plaintiffs may submit reply briefs by no later than **May 2, 2008**.

2. The deadline for deposing experts identified in support of Plaintiffs' motion for class certification is **February 15, 2008** and the deadline for deposing experts identified in support of defendants' opposition shall be **April 28, 2008**.

3. In all other respects, paragraph 4 of Scheduling Order No. 1 (Doc. No. 701), as modified by the Modification of Scheduling Order No. 1 (Doc. No. 864), the Second Modification of Scheduling Order No. 1 (Doc. No. 918), the Third Modification of Scheduling Order No. 1 (Doc. No. 1000), and the Fourth Modification of Scheduling Order No. 1 (Doc. No. 1033), remains unchanged.

Dated: Birmingham, Alabama
February 7, 2008

Respectfully Submitted,

| ADAMS AND REESE LLP | STARNES & ATCHISON LLP |
|---|---|
| By:    **s/ Henry E. Simpson**<br>Henry E. Simpson<br>2100 Third Avenue North<br>Suite 1100<br>Birmingham, Alabama 35203<br>(205) 250-5000<br><br>*Counsel for Defendant*<br>*Ernst & Young LLP* | By:    **s/ W. Michael Atchison**<br>W. Michael Atchison<br>  (ASB-4005-T75W)<br>100 Brookwood Place<br>Seventh Floor<br>Birmingham, Alabama 35209<br>(205) 868-6000<br><br>*Counsel for Defendants*<br>*UBS AG, UBS Securities LLC,*<br>*Howard Capek, Benjamin Lorello*<br>*and William McGahan* |

| DONALDSON & GUIN, LLC | RILEY & JACKSON, P.C. |
|---|---|
| By:    **s/ Tammy M. Stokes**<br>Tammy M. Stokes (ASB-6084-K69T)<br>David J. Guin (ASB-3461-G67D)<br>505 20th Street, North, Suite 1000<br>Birmingham, Alabama 35203<br>(205) 226-2282<br><br>*Liaison Counsel for Lead*<br>*Bondholder Plaintiff the*<br>*Retirement Systems of Alabama*<br>*and the Bondholder Class* | By:   **s/ Robert R. Riley, Jr.**<br>Robert R. Riley, Jr.<br>1744 Oxmoor Road<br>Birmingham, Alabama 35209<br>(205) 879-5000<br><br>*Co-Liaison Counsel for Co-Lead*<br>*Stockholder Plaintiffs and the*<br>*Stockholder Class* |

# Certificate of Service

I hereby certify that on February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| R. Martin Adams<br>parkman@graceba.net | Jeffrey R. Blackwood<br>jblackwood@bradleyarant.com |
| Richard F. Albert<br>ralbert@maglaw.com | Carmine D. Boccuzzi<br>cboccuzzi@cgsh.com |
| Kelso L. Anderson<br>kanderson@labaton.com | William C. Bomar<br>WCB@csattorneys.com |
| Robert J. Anello<br>ranello@maglaw.com | Bruce R. Braun<br>bbraun@winston.com |
| William P. Ashworth<br>washworth@wc.com | Charles F. Brega<br>cbrega@lindquist.com |
| W. Michael Atchison<br>wma@starneslaw.com | Vincent Briganti<br>vbriganti@ldbs.com |
| Patrick J. Ballard<br>pjballard@ballardlawoffice.com | Scott S. Brown<br>scottbrown@maynardcooper.com |
| Peter Q. Bassett<br>pbassett@alston.com | Carl S. Burkhalter<br>cburkhalter@maynardcooper.com |
| Richard Bemporad<br>rbemporad@ldbs.com | Hope T. Cannon<br>hcannon@bradleyarant.com |
| Edward J. Bennett<br>ebenett@wc.com | James A. Caputo<br>jimc@lerachlaw.com |
| Max W. Berger<br>mwb@blbglaw.com | Michael J. Chepiga<br>mchepiga@stblaw.com |
| Stanley D. Bernstein<br>Bernstein@bernlieb.com | John P. Coffey<br>sean@blbglaw.com |

| | |
|---|---|
| Betsy P. Collins<br>bcollins@alston.com | David R. Donaldson<br>DavidD@dglawfirm.com |
| Bryan E. Comer<br>bec@cbcbb.com | Richard T. Dorman<br>rtd@cbycb.com |
| J. Erik Connolly<br>econnolly@winston.com | Russell Jackson Drake<br>ecf@whatleydrake.com |
| Julia B. Cooper<br>jbcooper@bradleyarant.com | Wayne W. Drinkwater<br>jaltobelli@bradleyarant.com |
| N. Lee Cooper<br>lcooper@maynardcooper.com | Thomas A. Dubbs<br>tdubbs@labaton.com |
| Patrick C. Cooper<br>pcooper@maynardcooper.com | Robert D. Eckinger<br>Robert.eckinger@arlaw.com |
| Patrick J. Coughlin<br>PatC@Lerachlaw.com | Jay M. Ezelle<br>JME@starneslaw.com |
| John T. Crowder, Jr.<br>jtc@cbycb.com | Steven M. Farina<br>sfarina@wc.com |
| Robert T. Cunningham, Jr.<br>rtc@cbycb.com | Joseph A. Fawal<br>jfawal@bellsouth.net |
| Stephen D. Dargitz<br>sdargitz@skadden.com | H.L. Ferguson, Jr.<br>hlf@ffdlaw.com |
| Charles A. Dauphin<br>cdauphin@bddmc.com | Thomas Fitzpatrick<br>tfitzpatrick@tfitzpatrick.com |
| Inayat Delawala<br>idelawala@wc.com | Robert Fleishman<br>rfleishm@steptoe.com |
| Edward P. Dietrich<br>EdD@Lerachlaw.com | Joseph A. Fonti<br>jfonti@labaton.com |
| Manuel J. Dominguez<br>jdominguez@bermanesq.com | Brian Thomas Frawley<br>frawleyb@sullcrom.com |

Lauren C. Freundlich
lfreundlich@lswlaw.com

Henry Frohsin
hfrohsin@bakerdonelson.com

Stephen J. Fuzesi
sfuzesi@wc.com

Galloway & Somerville, LLC
jqs@gallowaysomerville.com

Daniel M. Gitner
dgitner@lswlaw.com

Robert J. Giuffra
giuffrar@sullcrom.com

Paul Gluckow
pgluckow@stblaw.com

Beata Gocyk-Farber
beata@blbglaw.com

Jonah H. Goldstein
jonahg@lerachlaw.com

James L. Goyer, III
jgoyer@maynardcooper.com

David C. Gray
dgray@wc.com

Helen A. Gredd
hgredd@lswlaw.com

David J. Guin
davidg@dglawfirm.com

Jeffrey M. Haber
haber@bernlieb.com

Anthony C. Harlow
ach@starneslaw.com

J. Mark Hart
jmh@hsy.com

David R. Hassel
DavidH@blbglaw.com

Frederick G. Helmsing
fgh@helmsinglaw.com

James F. Henry
jfh@jbpp.com

James F. Hughey, III
jhughey@lfwlaw.com

Susan E. Hurd
shurd@alston.com

Harriet Thomas Ivy
hivy@bakerdonelson.com

Keith Jackson
kj@rileyjacksonlaw.com

Russel N. Jacobson
rjacobson@labaton.com

James W. Johnson
jjohnson@labaton.com

Brice Martin Johnston
bmjohnston@csattorneys.com

G. Douglas Jones
ecf@whatleydrake.com

Robin H. Jones
RHJ@starneslaw.com

| | |
|---|---|
| Julia M. Jordan<br>jordanjm@sullcrom.com | Mitchell A. Lowenthal<br>mlowenthal@cgsh.com |
| Sheilah M. Kane<br>skane@cgsh.com | Kallie C. Lunsford<br>kallie@rileyjacksonlaw.com |
| Francis P. Karam<br>Karam@bernlieb.com | Enu Mainigi<br>emainigi@wc.com |
| M. Kay Kelley<br>kaykelley@mindspring.com | Craig A Martin<br>cmartin@labaton.com |
| Allison R. Kimmel<br>akimmel@stblaw.com | Alan Daniel Mathis<br>adm@jbpp.com |
| Renu Kara Kripalani<br>rkripalani@labaton.com | Erskine Ramsey Mathis<br>erskinelaw@aol.com |
| Jennifer Y. Lai<br>jlai@lerachlaw.com | Lauren A. McMillan<br>laurenm@blbglaw.com |
| Othni J. Lathram<br>ecf@whatleydrake.com | Debra M. Mestre<br>Mestregfc@aol.com |
| Jeffrey N. Leibell<br>jeffl@blbglaw.com | Benjamin M. Moncrief<br>bmoncrief@bradleyarant.com |
| William S. Lerach<br>BillL@Lerachlaw.com | Kan M. Nawaday<br>knawaday@lswlaw.com |
| Ian N. Levy<br>levyi@sullcrom.com | James L. O'Kelley<br>jimokelley@bellsouth.net |
| Nathan R. Lindell<br>nlindell@lerachlaw.com | Stephen C. Olen<br>sco@cbcbb.com |
| Ryan A. Llorens<br>ryanl@lerachlaw.com | Keith F. Park<br>keithp@lerachlaw.com |
| Don B. Long, Jr.<br>dbl@jbpp.com | James W. Parkman<br>parkman@graceba.net |

Michael J. Pucillo
mpucillo@bermanesq.com

Maxwell H. Pulliam
mhp@csattorneys.com

Teresa T. Pulliam
ttpulliam@msn.com

Barry Ragsdale
barryrags@aol.com

M. Clay Ragsdale, IV
clay@ragsdalellc.com

C. Lee Reeves
lreeves@sirote.com

John J. Rice
jrice@lerachlaw.com

Robert R. Riley, Jr.
Rob@rileyjackson.com

Michael P. Roche
mroche@winston.com

Daniel O. Rodgers
dor@ffdlaw.com

Michael H. Rogers
mrogers@labaton.com

Victoria Radd Rollins
vrollins@wc.com

Nancy I. Ruskin
nruskin@cgsh.com

Ann N. Sagerson
asagerson@wc.com

Michael Sansbury
msansbury@spotswoodllc.com

Robert S. Saunders
rsaunder@skadden.com

Andrew M. Schatz
aschatz@snlaw.net

Jeffrey T. Scott
scottj@sullcrom.com

Anne Marie Seibel
aseibel@bradleyarant.com

Neil L. Selinger
nselinger@ldbs.com

Maryanne Sexton
msexton@maglaw.com

Jackson R. Sharman, III
jsharman@lfwlaw.com

Kenneth O. Simon
KOS@csattorneys.com

Henry E. Simpson
Henry.simpson@arlaw.com

J. Callen Sparrow
jcsparrow@gsattys.com

Beth A. Stewart
bstewart@wc.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

Stephen A. Strickland
sstrickland@rjaffelaw.com

Lawrence A. Sucharow
lsucharow@labaton.com

John B. Tally, Jr.
john.tally@arlaw.com

Michael T. Tomaino
tomainom@sullcrom.com

William H. Wagener
wagenerw@sullcrom.com

Dan Webb
dwebb@winston.com

Edward P. Welch
ewelch@skadden.com

Joe R. Whatley, Jr.
jwhatley@whatleydrake.com

William C. White, II
parkman@graceba.net

Laurent S. Wiesel
wiesell@sullcrom.com

Kenneth Joe Wilson, Jr.
kjwilson@wardwilsonlaw.com

Thomas P. Windom
twindom@wc.com

Nicole E. Wrigley
nwrigley@winston.com

Debra J. Wyman
debraw@Lerachlaw.com

    /s/ Tammy McClendon Stokes