FILED
2009 Sep-21  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. CV-03-BE-1500-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |
| In re HEALTHSOUTH CORPORATION STOCKHOLDER LITIGATION | ) ) ) ) | Consolidated Case No. CV-03-BE-1501-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |
| In re HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION | ) ) ) ) | Consolidated Case No. CV-03-BE-1502-S

<u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

MOTION FOR DETERMINATION REGARDING
ELIGIBILITY OF CERTAIN CLAIMANTS

Lead Plaintiffs respectfully move the court for determinations regarding the eligibility of certain claimants (the "Motion"). Certain claimants seek the court's review of Lead Plaintiffs' determination that they are not Class Members and therefore not eligible to share in the settlement proceeds.

The Motion is made on the grounds that Lead Plaintiffs have applied objective and appropriate criteria in determining that these claimants are not properly included in the classes.

The Motion is based on the accompanying Memorandum in Support of Determination Regarding Eligibility of Certain Claimants, the Declaration of Joy Ann Bull in Support of Motion for Determination Regarding Eligibility of Certain Claimants, the complete files and records in the above-referenced action and such oral argument as the court may consider in deciding this Motion.

DATED: September 21, 2009       Respectfully submitted,

G. DOUGLAS JONES, LLC
G. DOUGLAS JONES
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone: 205/731-3472
205/250-9988 (fax)

RILEY & JACKSON, P.C.
ROBERT R. RILEY, JR.
1744 Oxmoor Road
Birmingham, AL 35209
Telephone: 205/879-5000
205/879-5901 (fax)

Co-Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
KEITH F. PARK
JONAH H. GOLDSTEIN
JOHN J. RICE
JAMES A. CAPUTO
DEBRA J. WYMAN


s/Keith F. Park
KEITH F. PARK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAMES W. JOHNSON
JOSEPH A. FONTI
MICHAEL H. ROGERS
CRAIG A. MARTIN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Co-Lead Plaintiffs

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
MAX W. BERGER
JOHN P. COFFEY
ROCHELLE HANSEN


s/John P. Coffey
JOHN P. COFFEY

1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

CUNNINGHAM BOUNDS CROWDER
  BROWN & BREEDLOVE
ROBERT T. CUNNINGHAM
JOHN T. CROWDER
RICHARD DORMAN
1601 Dauphin Street
Mobile, AL 36604
Telephone: 251/471-6191
251/479-1031 (fax)

Co-Lead Counsel for Bondholder Lead
Plaintiffs

DONALDSON & GUIN, LLC
DAVID J. GUIN
TAMMY M. STOKES
The Financial Center
505 20th Street, North, Suite 1000
Birmingham, AL 35203
Telephone: 205/226-2282
205/226-2357 (fax)

Liaison Counsel for Bondholder Lead
Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
CHARLES W. GILLIGAN
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

CICCARELLO DEL GIUDICE &
  LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Healthsouth02.set\MTN00061849.doc

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2009, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the e-mail addresses denoted on the attached Electronic Mail Notice

List, and I hereby certify that I have mailed the foregoing document or paper via the

United States Postal Service to the non-CM/ECF participants indicated on the attached

Manual Notice List.


                              s/Keith F. Park
                              KEITH F. PARK

                              COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101-3301
                              Telephone:  619/231-1058
                              619/231-7423 (fax)

                              E-mail:  keithp@csgrr.com

# Mailing Information for a Case 2:03-cv-01500-KOB-TMP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Martin Adams**
  parkman@parkmanlawfirm.com

- **Richard F Albert**
  ralbert@maglaw.com

- **Robert J Anello**
  ranello@maglaw.com

- **William P Ashworth**
  washworth@wc.com

- **W Michael Atchison**
  wma@starneslaw.com

- **David C Austin**
  daustin@maglaw.com

- **Patrick J Ballard**
  pat@ballardlawoffice.com

- **Edward J Bennett**
  ebennett@wc.com

- **Max W Berger**
  mwb@blbglaw.com

- **Stanley D Bernstein**
  Bernstein@bernlieb.com

- **Jeffrey R Blackwood**
  jblackwood@babc.com

- **Carmine D Boccuzzi**
  cboccuzzi@cgsh.com

- **Bruce R Braun**
  bbraun@winston.com

- **Charles F Brega**
  cbrega@lindquist.com

- **Vincent Briganti**
  vbriganti@ldbs.com

- **Scott S Brown**
  scottbrown@maynardcooper.com

- **Hope T Cannon**
  hcannon@babc.com

- **James A Caputo**
  jimc@csgrr.com

- **Derek Chan**
  dchan@lswlaw.com

- **Michael J Chepiga**
  mchepiga@stblaw.com

- **John P Coffey**
  sean@blbglaw.com

- **Betsy P Collins**
  bcollins@burr.com

- **Bryan E Comer**
  bec@cbcbb.com

- **J Erik Connolly**
  econnolly@winston.com

- **Julia Boaz Cooper**
  jbcooper@babc.com

- **Patrick C Cooper**
  darceneaux@maynardcooper.com

- **Patrick J Coughlin**
  patc@csgrr.com

- **John T Crowder , Jr**
  jtc@cbcbb.com

- **Robert T Cunningham , Jr**
  rtc@cunninghambounds.com

- **Stephen D Dargitz**
  sdargitz@skadden.com

- **Charles A Dauphin**
  cdauphin@bddmc.com

- **Manuel J Dominguez**
  jdominguez@bermanesq.com

- **David R Donaldson**
  DavidD@dglawfirm.com

- **Richard T Dorman**
  rtd@cbcbb.com

- **Russell Jackson Drake**
  ecf@whatleydrake.com

- **Wayne W Drinkwater**
  jaltobelli@babc.com

- **Thomas A Dubbs**
  tdubbs@labaton.com

- **Robert D Eckinger**
  robert.eckinger@arlaw.com

- **Jay M Ezelle**
  JME@starneslaw.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph A Fawal**
  jfawal@bellsouth.net

- **H L Ferguson , Jr**
  hlf@ffdlaw.com

- **Thomas Fitzpatrick**
  tfitzpatrick@tfitzpatrick.com

- **Robert Fleishman**
  rfleishm@steptoe.com

- **Joseph A Fonti**
  jfonti@labaton.com

- **Samuel H Franklin**
  sfranklin@lfwlaw.com

- **Brian Thomas Frawley**
  frawleyb@sullcrom.com

- **Lauren C Freundlich**
  lfreundlich@lswlaw.com

- **Henry I Frohsin**
  henry@frohsinbarger.com

- **Stephen J Fuzesi**
  sfuzesi@wc.com

- **Galloway & Somerville, LLC**
  jqs@gallowaysomerville.com

- **Daniel M Gitner**
  dgitner@lswlaw.com

- **Robert J Giuffra**
  giuffrar@sullcrom.com

- **Paul Gluckow**
  pgluckow@stblaw.com

- **Beata Gocyk-Farber**
  Beata@blbglaw.com

- **Jonah H Goldstein**
  jonahg@csgrr.com

- **James L Goyer , III**
  jgoyer@maynardcooper.com

- **Helen A Gredd**
  hgredd@lswlaw.com

- **David J Guin**
  davidg@dglawfirm.com

- **Jeffrey M Haber**
  haber@bernlieb.com

- **Anthony C Harlow**
  ach@starneslaw.com

- **J Mark Hart**
  jmh@hsy.com

- **Frederick G Helmsing**
  fgh@helmsinglaw.com

- **James F Henry**
  jhenry@babc.com

- **James F Hughey , III**
  jhughey@lightfootlaw.com

- **Susan E Hurd**
  shurd@alston.com

- **B. Keith Jackson**
  kj@rileyjacksonlaw.com

- **James W Johnson**
  jjohnson@labaton.com

- **John M Johnson**
  jjohnson@lightfootlaw.com

- **G Douglas Jones**
  gdj@hsy.com

- **Robin H Jones**
  RHJ@starneslaw.com

- **Julia M Jordan**
  jordanjm@sullcrom.com

- **Sheilah M Kane**
  skane@cgsh.com

- **Francis P Karam**
  fkaram@gelaw.com

- **Lindsay N Kendrick**
  kendrickl@sullcrom.com

- **Allison R Kimmel**
  akimmel@stblaw.com

- **Jennifer Y Lai**
  jlai@csgrr.com

- **Alan D Leeth**
  aleeth@burr.com

- **Jeffrey N Leibell**
  jeffl@blbglaw.com

- **Nathan R Lindell**
  nlindell@csgrr.com

- **Ryan A Llorens**
  ryanl@csgrr.com

- **Don B Long , Jr**
  dbl@johnstonbarton.com

- **Mitchell A Lowenthal**
  mlowenthal@cgsh.com

- **Kallie C Lunsford**
  kallie@rileyjacksonlaw.com

- **Enu Mainigi**
  emainigi@wc.com

- **Craig A Martin**
  cmartin@labaton.com

- **Alan Daniel Mathis**
  adm@johnstonbarton.com

- **Erskine Ramsey Mathis**
  erskinelaw@aol.com

- **Lauren A McMillen**
  laurenm@blbglaw.com

- **Debra M Mestre**
  Mestregfc@aol.com

- **Judith L Mogul**
  jmogul@maglaw.com

- **Kan M Nawaday**
  knawaday@lswlaw.com

- **James L O'Kelley**
  jimokelley@bellsouth.net

- **Stephen C Olen**
  sco@cbcbb.com

- **Keith F Park**
  keithp@csgrr.com

- **James W Parkman , III**
  parkman@parkmanlawfirm.com

- **Adam L Pollock**
  apollock@maglaw.com

- **Michael J Pucillo**
  mpucillo@bermanesq.com

- **Maxwell H Pulliam**
  MHPulliam@csattorneys.com

- **Teresa T Pulliam**
  ttpulliam@msn.com

- **Barry A Ragsdale**
  bragsdale@sirote.com

- **M Clay Ragsdale , IV**
  clay@ragsdalellc.com

- **C Lee Reeves**
  lreeves@sirote.com

- **John J Rice**
  jrice@csgrr.com

- **Robert R Riley , Jr**
  rob@rileyjacksonlaw.com

- **Michael P Roche**
  mroche@winston.com

- **Daniel O Rodgers**
  dor@ffdlaw.com

- **Michael H Rogers**
  mrogers@labaton.com

- **Victoria Radd Rollins**
  vrollins@wc.com

- **Nancy I Ruskin**
  nruskin@cgsh.com

- **Robert H Rutherford , Jr**
  RRutherf@Burr.com

- **Michael Sansbury**
  msansbury@spotswoodllc.com

- **Robert S Saunders**
  rsaunder@skadden.com

- **Andrew M Schatz**
  firm@snlaw.net

- **Jeffrey T Scott**
  scottj@sullcrom.com

- **Anne Marie Seibel**
  aseibel@babc.com

- **Neil L Selinger**
  nselinger@ldbs.com

- **Maryanne Sexton**
  msexton@maglaw.com

- **Jackson R Sharman , III**
  jsharman@lfwlaw.com

- **Kenneth O Simon**
  KOS@csattorneys.com

- **Henry E Simpson**
  henry.simpson@arlaw.com

- **J Callen Sparrow**
  jcsparrow@hgdlawfirm.com

- **Beth A Stewart**
  bstewart@wc.com

- **Tammy McClendon Stokes**
  tstokes@dglawfirm.com

- **Stephen A Strickland**
  sstrickland@rjaffelaw.com

- **Lawrence A Sucharow**
  lsucharow@labaton.com

- **Michael T Tomaino**
  tomainom@sullcrom.com

- **William H Wagener**
  wagenerw@sullcrom.com

- **Dan K Webb**
  dwebb@winston.com

- **Edward P Welch**
  ewelch@skadden.com

- **Joe R Whatley , Jr**
  ecf@wdklaw.com

- **William Calvin White , II**
  wwhite@parkmanlawfirm.com

- **Laurent S Wiesel**
  wiesell@sullcrom.com

- **Thomas P Windom**
  twindom@wc.com

- **Nicole E Wrigley**
  nwrigley@winston.com

- **Debra J Wyman**
  debraw@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric Green
RESOLUTIONS LLC
222 Berkeley Street
Boston, MA 02116

Richard M. Scrushy
c/o Arthur W. Leach
2310 Marin Drive
Birmingham, AL 35243
```

**Manual Notice List**

Gary H. Baise
Baise & Miller, P.C.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
    202/331-9100
    202/331-9060 (Fax)

Michael A. Cox, Attorney General
Michigan Department Of Attorney General
G. Mennen Williams Building, 7th Floor
525 West Ottawa Street
Lansing, MI 48909
    517/373-1110
    517/373-3044 (Fax)

Thomas R. Leuba
Sullivan & Cromwell LLP
1701 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006-5805
    202/956-7500
    202/293-6330 (Fax)

Michael J. Del Giudice
Ciccarello Del Giudice & LaFon
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
    304/343-4440
    304/343-4464 (Fax)

Andrew J. Entwistle
Robert N. Cappucci
Johnston de F. Whitman, Jr.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10171
    212/894-7200
    212/894-7272 (Fax)

Patrick A. Klingman
Seth R. Klein
Izard Nobel LLP
29 South Main Street, Suite 215
West Hartford, CT 06107
    860/493-6292
    860/493-6290 (Fax)

Louis P. Malone
Charles W. Gilligan
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
    202/362-0041
    202/237-1200 (Fax)

Alan Eisenman
5213 Braeburn Dr.
Bellaire, TX 77401

Frank Edward Gordon
121 Abbeywood Drive
Nashville, TN 37215

Gail Gordon Jacobs
404 Wilsonia Ave.
Nashville, TN 37205

Jeffrey M. Jacobs
404 Wilsonia Ave.
Nashville, TN 37205

Julie S. Gordon
3102 West End Ave., Ste 650
Nashville, TN 37203

Robert A. Gordon
3102 West End Ave, Suite 650
Nashville, TN 37203

Sherrie Gordon Eisenman
5213 Braeburn Drive
Bellaire, TX 77401