FILED
2010 Jan-11 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION ) ) ) ) ) | Consolidated Case No. CV-03-BE-1500-S <br><br> **CLASS ACTION** |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | MOTION TO ALLOW SALE OF SETTLEMENT STOCK |

Lead Plaintiffs respectfully move the court for an order allowing Lead Plaintiffs' Counsel to sell certain shares of common stock obtained from HealthSouth Corporation ("HealthSouth") as consideration in the settlement with HealthSouth and certain individual defendants (the "Motion"). The Motion is based on the ground that Lead Plaintiffs' Counsel believe that sale of the shares of HealthSouth stock that would otherwise be distributed to Authorized Claimants who are scheduled to receive less than 100 shares of HealthSouth stock is in the best interest of those Authorized Claimants.

The Motion is based on the accompanying Memorandum in Support of Motion to Allow Sale of Settlement Stock, the Declaration of Joy Ann Bull in Support of Motion to Allow Sale of Settlement Stock, the complete files and records in the above-referenced actions and such oral argument as the court may consider in deciding the motion.

DATED: January 11, 2010

Respectfully submitted,

G. DOUGLAS JONES, LLC
G. DOUGLAS JONES
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone: 205/731-3472
205/250-9988 (fax)

RILEY & JACKSON, P.C.
ROBERT R. RILEY, JR.
1744 Oxmoor Road
Birmingham, AL 35209
Telephone: 205/879-5000
205/879-5901 (fax)

Co-Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JOY ANN BULL
JONAH H. GOLDSTEIN
JOHN J. RICE
JAMES A. CAPUTO
DEBRA J. WYMAN
RYAN A. LLORENS
NATHAN R. LINDELL
SANDRA PAYNE HAGOOD
  (ASB-0360-S73H)

s/ Joy Ann Bull

---
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAMES W. JOHNSON
JOSEPH A. FONTI
MICHAEL H. ROGERS
CRAIG A. MARTIN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Co-Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
CHARLES W. GILLIGAN
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

CICCARELLO DEL GIUDICE &
  LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2010.

                                                s/ Joy Ann Bull
                                                JOY ANN BULL

                                                COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA 92101-3301
                                                Telephone: 619/231-1058
                                                619/231-7423 (fax)

                                                E-mail:    joyb@csgrr.com

# Mailing Information for a Case 2:03-cv-01500-KOB-TMP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Martin Adams**
  adams@parkmanlawfirm.com

- **Richard F Albert**
  ralbert@maglaw.com

- **Robert J Anello**
  ranello@maglaw.com

- **William P Ashworth**
  washworth@wc.com

- **W Michael Atchison**
  wma@starneslaw.com

- **David C Austin**
  daustin@maglaw.com

- **Patrick J Ballard**
  pat@ballardlawoffice.com

- **Edward J Bennett**
  ebennett@wc.com

- **Max W Berger**
  mwb@blbglaw.com

- **Stanley D Bernstein**
  Bernstein@bernlieb.com

- **Jeffrey R Blackwood**
  jblackwood@babc.com

- **Carmine D Boccuzzi**
  cboccuzzi@cgsh.com

- **Bruce R Braun**
  bbraun@winston.com

- **Charles F Brega**
  cbrega@lindquist.com

- **Vincent Briganti**
  vbriganti@ldbs.com

- **Scott S Brown**
  scottbrown@maynardcooper.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Hope T Cannon**
  hcannon@babc.com

- **James A Caputo**
  jimc@csgrr.com

- **Derek Chan**
  dchan@lswlaw.com

- **Michael J Chepiga**
  mchepiga@stblaw.com

- **John P Coffey**
  sean@blbglaw.com

- **Betsy P Collins**
  bcollins@burr.com

- **Bryan E Comer**
  bec@cbcbb.com

- **J Erik Connolly**
  econnolly@winston.com

- **Julia Boaz Cooper**
  jbcooper@babc.com

- **Patrick C Cooper**
  darceneaux@maynardcooper.com

- **Patrick J Coughlin**
  patc@csgrr.com

- **John T Crowder , Jr**
  jtc@cbcbb.com

- **Robert T Cunningham , Jr**
  rtc@cunninghambounds.com

- **Stephen D Dargitz**
  sdargitz@skadden.com

- **Charles A Dauphin**
  cdauphin@bddmc.com

- **Timothy A DeLange**
  timothyd@blbglaw.com

- **Manuel J Dominguez**
  jdominguez@bermanesq.com

- **David R Donaldson**
  DavidD@dglawfirm.com

- **Richard T Dorman**
  rtd@cbcbb.com

- **Russell Jackson Drake**
  ecf@whatleydrake.com

- **Wayne W Drinkwater**
  jaltobelli@babc.com

- **Thomas A Dubbs**
  tdubbs@labaton.com

- **Robert D Eckinger**
  robert.eckinger@arlaw.com

- **Jay M Ezelle**
  JME@starneslaw.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph A Fawal**
  jfawal@bellsouth.net

- **H L Ferguson , Jr**
  hlf@ffdlaw.com

- **Thomas Fitzpatrick**
  tfitzpatrick@tfitzpatrick.com

- **Robert Fleishman**
  rfleishm@steptoe.com

- **Joseph A Fonti**
  jfonti@labaton.com

- **Samuel H Franklin**
  sfranklin@lfwlaw.com

- **Brian Thomas Frawley**
  frawleyb@sullcrom.com

- **Lauren C Freundlich**
  lfreundlich@lswlaw.com

- **Henry I Frohsin**
  henry@frohsinbarger.com

- **Stephen J Fuzesi**
  sfuzesi@wc.com

- **Galloway & Somerville, LLC**
  jqs@gallowaysomerville.com

- **Daniel M Gitner**
  dgitner@lswlaw.com

- **Robert J Giuffra**
  giuffrar@sullcrom.com

- **Paul Gluckow**
  pgluckow@stblaw.com

- **Beata Gocyk-Farber**
  Beata@blbglaw.com

- **Jonah H Goldstein**
  jonahg@csgrr.com

- **James L Goyer , III**
  jgoyer@maynardcooper.com

- **Salvatore J Graziano**
  sgraziano@blbglaw.com

- **Helen A Gredd**
  hgredd@lswlaw.com

- **David J Guin**
  davidg@dglawfirm.com

- **Jeffrey M Haber**
  haber@bernlieb.com

- **Sandra Payne Hagood**
  sphagood@csgrr.com

- **Anthony C Harlow**
  ach@starneslaw.com

- **J Mark Hart**
  mhart@handarendall.com

- **Frederick G Helmsing**
  fgh@helmsinglaw.com

- **James F Henry**
  jhenry@babc.com

- **James F Hughey , III**
  jhughey@lightfootlaw.com

- **Susan E Hurd**
  shurd@alston.com

- **B. Keith Jackson**
  kj@rileyjacksonlaw.com

- **James W Johnson**
  jjohnson@labaton.com

- **John M Johnson**
  jjohnson@lightfootlaw.com

- **G Douglas Jones**
  gdj@hsy.com

- **Robin H Jones**
  RHJ@starneslaw.com

- **Julia M Jordan**
  jordanjm@sullcrom.com

- **Sheilah M Kane**
  skane@cgsh.com

- **Francis P Karam**
  fkaram@gelaw.com

- **Lindsay N Kendrick**
  kendrickl@sullcrom.com

- **Allison R Kimmel**
  akimmel@stblaw.com

- **Jennifer Y Lai**
  jlai@csgrr.com

- **Alan D Leeth**
  aleeth@burr.com

- **Jeffrey N Leibell**
  Jeffrey.Leibell@gardencitygroup.com

- **Nathan R Lindell**
  nlindell@csgrr.com

- **Ryan A Llorens**
  ryanl@csgrr.com

- **Don B Long , Jr**
  dbl@johnstonbarton.com

- **Mitchell A Lowenthal**
  mlowenthal@cgsh.com

- **Kallie C Lunsford**
  kallie@rileyjacksonlaw.com

- **Enu Mainigi**
  emainigi@wc.com

- **Craig A Martin**
  cmartin@labaton.com

- **Alan Daniel Mathis**
  adm@johnstonbarton.com

- **Erskine Ramsey Mathis**
  erskinelaw@aol.com

- **Lauren A McMillen**
  laurenm@blbglaw.com

- **Debra M Mestre**
  Mestregfc@aol.com

- **Judith L Mogul**
  jmogul@maglaw.com

- **James L O'Kelley**
  jimokelley@bellsouth.net

- **Stephen C Olen**
  sco@cunninghambounds.com

- **Keith F Park**
  keithp@csgrr.com

- **James W Parkman , III**
  parkman@parkmanlawfirm.com

- **Adam L Pollock**
  apollock@maglaw.com

- **Michael J Pucillo**
  mpucillo@bermanesq.com

- **Maxwell H Pulliam**
  MHPulliam@csattorneys.com

- **Teresa T Pulliam**
  ttpulliam@msn.com

- **Barry A Ragsdale**
  bragsdale@sirote.com

- **M Clay Ragsdale , IV**
  clay@ragsdalellc.com

- **C Lee Reeves**
  lreeves@sirote.com

- **John J Rice**
  jrice@csgrr.com

- **Robert R Riley , Jr**
  rob@rileyjacksonlaw.com

- **Michael P Roche**
  mroche@winston.com

- **Daniel O Rodgers**
  dor@ffdlaw.com

- **Michael H Rogers**
  mrogers@labaton.com

- **Nancy I Ruskin**
  nruskin@cgsh.com

- **Robert H Rutherford , Jr**
  RRutherf@Burr.com

- **Michael Sansbury**
  msansbury@spotswoodllc.com

- **Robert S Saunders**
  rsaunder@skadden.com

- **Andrew M Schatz**
  firm@snlaw.net

- **Jeffrey T Scott**
  scottj@sullcrom.com

- **Anne Marie Seibel**
  aseibel@babc.com

- **Neil L Selinger**
  nselinger@ldbs.com

- **Maryanne Sexton**
  msexton@maglaw.com

- **Jackson R Sharman , III**
  jsharman@lfwlaw.com

- **Kenneth O Simon**
  KOS@csattorneys.com

- **Henry E Simpson**
  henry.simpson@arlaw.com

- **J Callen Sparrow**
  jcsparrow@hgdlawfirm.com

- **Beth A Stewart**
  bstewart@wc.com

- **Tammy McClendon Stokes**
  tstokes@dglawfirm.com

- **Stephen A Strickland**
  sstrickland@rjaffelaw.com

- **Lawrence A Sucharow**
  lsucharow@labaton.com

- **Michael T Tomaino**
  tomainom@sullcrom.com

- **William H Wagener**
  wagenerw@sullcrom.com

- **Dan K Webb**
  dwebb@winston.com

- **Edward P Welch**
  ewelch@skadden.com

- **Joe R Whatley , Jr**
  ecf@wdklaw.com

- **William Calvin White , II**
  wwhite@parkmanlawfirm.com

- **Laurent S Wiesel**
  wiesell@sullcrom.com

- **Thomas P Windom**
  twindom@wc.com

- **Nicole E Wrigley**
  nwrigley@winston.com

- **Debra J Wyman**
  debraw@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric Green
RESOLUTIONS LLC
222 Berkeley Street
Boston, MA 02116
```