**FILED**

2010 Jun-02  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. CV-03-BE-1500-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) | |
| In re HEALTHSOUTH CORPORATION STOCKHOLDER LITIGATION | ) ) ) ) | Consolidated Case No. CV-03-BE-1501-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |
| In re HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION | ) ) ) ) | Consolidated Case No. CV-03-BE-1502-S <br><br> CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

LEAD PLAINTIFFS' MOTION FOR AN INITIAL DISTRIBUTION OF CLASS
SETTLEMENT PROCEEDS

525573_1

Lead Plaintiffs, respectfully move the court to enter the accompanying order approving an initial distribution from class settlement proceeds created by the settlement reached with HealthSouth Corporation and certain other defendants, which settlement was approved by the court and by its terms has become Final (the "HealthSouth Settlement"). If approved, the order will, among other things:

1.      Approve the administrative determinations of Rust Consulting, Inc. ("Rust" or the "Claims Administrator"), which administered the HealthSouth Settlement, to accept and reject claims submitted as set forth in Exhibit B to the accompanying Affidavit of Daniel J. Marotto in Support of Lead Plaintiffs' Motion for an Initial Distribution of Class Settlement Proceeds (the "Marotto Aff.");

2.      Direct distribution of 80% of the cash Net Settlement Fund to Authorized Claimants based on their allowed loss amount in comparison to the total allowed loss amount of all Authorized Claimants (the "Initial Cash Distribution"), with the remaining 20% of the cash Net Settlement Fund held in reserve to address contingencies such as paying any new disputed claims should the court determine that they be deemed valid; correcting claims should any claimants establish that their initial distribution was improperly calculated; paying the costs of claims administration; and thereafter distributing the remaining portion of the cash Net Settlement Fund to Authorized Claimants;

3.      Direct that any Authorized Claimant who or which disputes the calculation of his, her or its loss amount and/or his, her or its Initial Cash Distribution

- 1 -

525573_1

check, must submit such challenge in writing, detailing the disagreement, to Rust, postmarked no later than sixty (60) days after the date of the Initial Cash Distribution check and if the calculations are not challenged in this manner and within the sixty (60) day time period, the Authorized Claimant shall have forever waived and forfeited the right to challenge the calculation of the claim and all distributions from the HealthSouth Settlement;

4.      Direct that all of the Initial Cash Distribution checks bear the following notation: "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED BY [DATE 120 DAYS AFTER ISSUE DATE]", in order to encourage Authorized Claimants to promptly cash their Initial Cash Distribution checks, and to avoid or reduce future expenses relating to unpaid Initial Cash Distribution checks;

5.      Direct that Authorized Claimants who do not cash their Initial Cash Distribution checks within the time allotted will irrevocably forfeit all recovery from the HealthSouth Settlement, unless good cause is shown and that the funds allocated to all such stale-dated checks will become available for re-distribution to Authorized Claimants who have cashed their Initial Cash Distribution checks;

6.      Direct distribution of the securities components of the settlement proceeds (*i.e.*, stock and warrants) as soon as practicable;

7.      Direct that no further Proofs of Claim may be accepted with respect to the HealthSouth Settlement for any reason after February 1, 2010;

- 2 -

525573_1

8.     Authorize the destruction of paper copies of the Proofs of Claim and all supporting documentation one year after all net settlement proceeds achieved in the Stockholder Action and the Bondholder Action have been distributed and authorize the destruction of electronic copies of claim records three years after all net settlement proceeds achieved in the Stockholder Action and the Bondholder Action have been distributed; and

9.     Retain jurisdiction to consider any further applications concerning the administration of the HealthSouth Settlement, and such other and further relief as this court deems appropriate.

The Motion is based on the accompanying Lead Plaintiffs' Memorandum in Support of Motion for an Initial Distribution of Class Settlement Proceeds, the Marotto Affidavit, the complete files and records in the captioned action and such oral argument as the court may request in deciding the motion.

DATED:  June 2, 2010                    Respectfully submitted,

                                        G. DOUGLAS JONES, LLC
                                        G. DOUGLAS JONES
                                        1400 Park Place Tower
                                        2001 Park Place North
                                        Birmingham, AL  35203
                                        Telephone:  205/731-3472
                                        205/250-9988 (fax)

                                        RILEY & JACKSON, P.C.
                                        ROBERT R. RILEY, JR.
                                        1744 Oxmoor Road
                                        Birmingham, AL  35209
                                        Telephone:  205/879-5000
                                        205/879-5901 (fax)

                                        Co-Liaison Counsel for Stockholder Lead
                                        Plaintiffs

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JOY ANN BULL
JONAH H. GOLDSTEIN
JOHN J. RICE
JAMES A. CAPUTO
DEBRA J. WYMAN
RYAN A. LLORENS
NATHAN R. LINDELL
SANDRA PAYNE HAGOOD
  (ASB-0360-S73H)


s/ Joy Ann Bull
_____
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAMES W. JOHNSON
JOSEPH A. FONTI
MICHAEL H. ROGERS
CRAIG A. MARTIN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Stockholder Lead
Plaintiffs


O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
CHARLES W. GILLIGAN
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

- 4 -

CICCARELLO DEL GIUDICE
  & LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Stockholder
Plaintiffs

DONALDSON & GUIN, LLC
DAVID J. GUIN
TAMMY M. STOKES
The Financial Center
505 20th Street, North, Suite 1000
Birmingham, AL 35203
Telephone: 205/226-2282
205/226-2357 (fax)

Liaison Counsel for Bondholder Lead
Plaintiffs

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
MAX W. BERGER
SALVATORE J. GRAZIANO


_____
s/ Salvatore J. Graziano
SALVATORE J. GRAZIANO

1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

CUNNINGHAM BOUNDS CROWDER
  BROWN & BREEDLOVE
ROBERT T. CUNNINGHAM
JOHN T. CROWDER
RICHARD DORMAN
1601 Dauphin Street
Mobile, AL 36604
Telephone: 251/471-6191
251/479-1031 (fax)

Co-Lead Counsel for Bondholder Lead
Plaintiffs

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 2, 2010.

s/ Joy Ann Bull
JOY ANN BULL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      Joyb@rgrdlaw.com

# Mailing Information for a Case 2:03-cv-01500-KOB-TMP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Martin Adams**
  adams@parkmanlawfirm.com

- **Richard F Albert**
  ralbert@maglaw.com

- **Robert J Anello**
  ranello@maglaw.com

- **William P Ashworth**
  washworth@wc.com

- **W Michael Atchison**
  Mike.Atchison@burr.com

- **David C Austin**
  daustin@maglaw.com

- **Patrick J Ballard**
  pat@ballardlawoffice.com

- **Edward J Bennett**
  ebennett@wc.com

- **Max W Berger**
  mwb@blbglaw.com

- **Stanley D Bernstein**
  Bernstein@bernlieb.com

- **Jeffrey R Blackwood**
  jblackwood@babc.com

- **Carmine D Boccuzzi**
  cboccuzzi@cgsh.com

- **Bruce R Braun**
  bbraun@winston.com

- **Charles F Brega**
  cbrega@lindquist.com

- **Vincent Briganti**

vbriganti@ldbs.com

- **Scott S Brown**
  scottbrown@maynardcooper.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Hope T Cannon**
  hcannon@babc.com

- **James A Caputo**
  jimc@rgrdlaw.com

- **Derek Chan**
  dchan@lswlaw.com

- **Michael J Chepiga**
  mchepiga@stblaw.com

- **John P Coffey**
  sean@blbglaw.com

- **Betsy P Collins**
  bcollins@burr.com

- **Bryan E Comer**
  bec@cbcbb.com

- **J Erik Connolly**
  econnolly@winston.com

- **Julia Boaz Cooper**
  jbcooper@babc.com

- **Patrick C Cooper**
  darceneaux@maynardcooper.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com

- **John T Crowder , Jr**
  jtc@cbcbb.com

- **Robert T Cunningham , Jr**
  rtc@cunninghambounds.com

- **Stephen D Dargitz**
  sdargitz@skadden.com

- **Charles A Dauphin**
  cdauphin@bddmc.com

- **Timothy A DeLange**
  timothyd@blbglaw.com

- **Manuel J Dominguez**
  jdominguez@bermanesq.com

- **David R Donaldson**
  DavidD@dglawfirm.com

- **Richard T Dorman**
  rtd@cbcbb.com

- **Russell Jackson Drake**
  ecf@whatleydrake.com

- **Wayne W Drinkwater**
  jaltobelli@babc.com

- **Thomas A Dubbs**
  tdubbs@labaton.com

- **Robert D Eckinger**
  robert.eckinger@arlaw.com

- **Jay M Ezelle**
  JME@starneslaw.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph A Fawal**
  jfawal@bellsouth.net

- **H L Ferguson , Jr**
  hlf@ffdlaw.com

- **Thomas Fitzpatrick**
  tfitzpatrick@tfitzpatrick.com

- **Robert Fleishman**
  rfleishm@steptoe.com

- **Joseph A Fonti**
  jfonti@labaton.com

- **Samuel H Franklin**
  sfranklin@lfwlaw.com

- **Brian Thomas Frawley**
  frawleyb@sullcrom.com

- **Lauren C Freundlich**
  lfreundlich@lswlaw.com

- **Henry I Frohsin**
  henry@frohsinbarger.com

- **Stephen J Fuzesi**
  sfuzesi@wc.com

- **Galloway & Somerville, LLC**
  jqs@gallowaysomerville.com

- **Daniel M Gitner**
  dgitner@lswlaw.com

- **Robert J Giuffra**
  giuffrar@sullcrom.com

- **Paul Gluckow**
  pgluckow@stblaw.com

- **Beata Gocyk-Farber**
  Beata@blbglaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com

- **James L Goyer , III**
  jgoyer@maynardcooper.com

- **Salvatore J Graziano**
  sgraziano@blbglaw.com

- **Helen A Gredd**
  hgredd@lswlaw.com

- **David J Guin**
  davidg@dglawfirm.com

- **Jeffrey M Haber**
  haber@bernlieb.com

- **Sandra Payne Hagood**
  sphagood@rgrdlaw.com

- **Anthony C Harlow**
  THarlow@burr.com

- **J Mark Hart**
  mhart@handarendall.com

- **Frederick G Helmsing**
  fgh@helmsinglaw.com

- **James F Henry**
  jhenry@babc.com

- **James F Hughey , III**
  jhughey@lightfootlaw.com

- **Susan E Hurd**
  shurd@alston.com

- **B. Keith Jackson**
  kj@rileyjacksonlaw.com

- **James W Johnson**
  jjohnson@labaton.com

- **John M Johnson**
  jjohnson@lightfootlaw.com

- **G Douglas Jones**
  gdj@hsy.com

- **Robin H Jones**
  RHJ@starneslaw.com

- **Julia M Jordan**
  jordanjm@sullcrom.com

- **Sheilah M Kane**
  skane@cgsh.com

- **Francis P Karam**
  fkaram@gelaw.com

- **Lindsay N Kendrick**
  kendrickl@sullcrom.com

- **Allison R Kimmel**
  akimmel@stblaw.com

- **Alan D Leeth**
  aleeth@burr.com

- **Jeffrey N Leibell**
  Jeffrey.Leibell@gardencitygroup.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com

- **Don B Long , Jr**
  dbl@johnstonbarton.com

- **Mitchell A Lowenthal**
  mlowenthal@cgsh.com

- **Kallie C Lunsford**
  kallie@rileyjacksonlaw.com

- **Enu Mainigi**
  emainigi@wc.com

- **Craig A Martin**
  cmartin@labaton.com

- **Alan Daniel Mathis**
  adm@johnstonbarton.com

- **Erskine Ramsey Mathis**
  erskinelaw@aol.com

- **Lauren A McMillen**
  laurenm@blbglaw.com

- **Debra M Mestre**
  Mestregfc@aol.com

- **Judith L Mogul**
  jmogul@maglaw.com

- **James L O'Kelley**
  jimokelley@bellsouth.net

- **Stephen C Olen**
  sco@cunninghambounds.com

- **Keith F Park**
  keithp@csgrr.com

- **James W Parkman , III**
  parkman@parkmanlawfirm.com

- **Adam L Pollock**
  apollock@maglaw.com

- **Michael J Pucillo**
  mpucillo@bermanesq.com

- **Maxwell H Pulliam**
  MHPulliam@csattorneys.com

- **Teresa T Pulliam**
  ttpulliam@msn.com

- **Barry A Ragsdale**
  bragsdale@sirote.com

- **M Clay Ragsdale , IV**
  clay@ragsdalellc.com

- **C Lee Reeves**
  lreeves@sirote.com

- **John J Rice**
  jrice@rgrdlaw.com

- **Robert R Riley , Jr**
  rob@rileyjacksonlaw.com

- **Michael P Roche**
  mroche@winston.com

- **Daniel O Rodgers**
  dor@ffdlaw.com

- **Michael H Rogers**
  mrogers@labaton.com

- **Nancy I Ruskin**
  nruskin@cgsh.com

- **Robert H Rutherford , Jr**
  RRutherf@Burr.com

- **Michael Sansbury**
  msansbury@spotswoodllc.com

- **Robert S Saunders**
  rsaunder@skadden.com

- **Andrew M Schatz**
  firm@snlaw.net

- **Jeffrey T Scott**
  scottj@sullcrom.com

- **Anne Marie Seibel**
  aseibel@babc.com

- **Neil L Selinger**
  nselinger@ldbs.com

- **Maryanne Sexton**
  msexton@maglaw.com

- **Jackson R Sharman , III**
  jsharman@lfwlaw.com

- **Kenneth O Simon**
  KOS@csattorneys.com

- **Henry E Simpson**
  henry.simpson@arlaw.com

- **J Callen Sparrow**
  jcsparrow@hgdlawfirm.com

- **Beth A Stewart**
  bstewart@wc.com

- **Tammy McClendon Stokes**
  tstokes@dglawfirm.com

- **Stephen A Strickland**
  sstrickland@rjaffelaw.com

- **Lawrence A Sucharow**
  lsucharow@labaton.com

- **Michael T Tomaino**
  tomainom@sullcrom.com

- **William H Wagener**
  wagenerw@sullcrom.com

- **Dan K Webb**
  dwebb@winston.com

- **Edward P Welch**
  ewelch@skadden.com

- **Joe R Whatley , Jr**
  ecf@wdklaw.com

- **William Calvin White , II**
  wwhite@parkmanlawfirm.com

- **Laurent S Wiesel**
  wiesell@sullcrom.com

- **Thomas P Windom**
  twindom@wc.com

- **Nicole E Wrigley**
  nwrigley@winston.com

- **Debra J Wyman**
  debraw@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric Green
RESOLUTIONS LLC
222 Berkeley Street, Suite 1060
Boston, MA 02116
```

**Manual Notice List**

Louis P. Malone
Charles W. Gilligan
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
    202/362-0041
    202/237-1200 (Fax)


Michael J. Del Giudice
Ciccarello Del Giudice & LaFon
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
    304/343-4440
    304/343-4464 (Fax)