FILED

2010 Jun-02  PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. CV-03-BE-1500-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) | |
| In re HEALTHSOUTH CORPORATION STOCKHOLDER LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1501-S |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) | |
| In re HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1502-S |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

LEAD PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR AN
INITIAL DISTRIBUTION OF CLASS SETTLEMENT PROCEEDS

525801_1

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION .........................................................................1

II.   BACKGROUND ...........................................................................1

III.  CLAIMS ADMINISTRATION ....................................................2

IV.   SUMMARY OF ALLOWED AND DISALLOWED CLAIMS ...................4

V.    REQUESTS FOR COURT REVIEW ............................................6

VI.   DESTRUCTION OF CLAIM RECORDS......................................7

VII.  CONCLUSION ............................................................................7

## I.   INTRODUCTION

Lead Plaintiffs submit this memorandum in support of their motion for an initial distribution of class settlement proceeds obtained in the settlement with HealthSouth Corporation ("HealthSouth") and certain of HealthSouth's former officers and directors ("HealthSouth Settlement") (Docket No. 533).  Lead Plaintiffs move for entry of an order, which, among other things, would:

1.      approve the administrative determinations of Rust Consulting, Inc. ("Rust" or the "Claims Administrator"), which administered the HealthSouth Settlement, to accept and reject claims submitted, including the determination to reject the claims of three claimants who are disputing the Claims Administrator's determination and have requested court review of the determinations;

2.      direct distribution of 80% of the cash Net Settlement Fund to Authorized Claimants based on their allowed loss amount in comparison to the total allowed loss amount of all Authorized Claimants (the "Initial Cash Distribution"); and

3.      direct distribution of the securities components of the settlement proceeds (*i.e.*, stock and warrants) as soon as practicable.

For the reasons stated below, Lead Plaintiffs respectfully request the court to enter the proposed order submitted herewith.

## II.   BACKGROUND

On January 11, 2007, the court entered the Partial Final Judgment and Order of Dismissal with Prejudice (Docket No. 584) approving the HealthSouth Settlement

- 1 -

("HealthSouth Final Judgment"). The HealthSouth Final Judgment was appealed by AIG Global Investment Corporation ("AIG Global") and Richard M. Scrushy ("Scrushy"). On June 17, 2009, the United States Court of Appeal for the Eleventh Circuit denied AIG Global's and Scrushy's appeals.

The court approved the Plan of Allocation for distribution of the HealthSouth Settlement on February 12, 2008 (Docket No. 1114). Although AIG Global also appealed this order (Docket No. 1214), it dismissed that appeal on May 21, 2008.

By operation of the HealthSouth Final Judgment, the court has retained jurisdiction over distribution of the settlement proceeds.

## III.   CLAIMS ADMINISTRATION

Pursuant to the terms of the Joint Order Approving Form and Manner of Notice entered by the court on October 3, 2007 (Docket No. 938) (the "Notice Order"), all eligible claimants who wished to participate in the distribution of the proceeds of the HealthSouth Settlement were required to complete and submit Proof of Claim forms by February 28, 2008.

As set forth in the accompanying Affidavit of Daniel J. Marotto in Support of Lead Plaintiffs' Motion for an Initial Distribution of Class Settlement Proceeds ("Marotto Aff."), Rust has completed the processing of submitted claims. The Marotto Affidavit details the procedures followed by Rust with respect to the receipt, processing, and acceptance or rejection of claims received from potential class members.

- 2 -

Rust's work has been reviewed by independent third parties. Lead Plaintiffs' Counsel and the Independent Distribution Consultant for the related SEC case agreed that an independent outside accountant would be engaged to determine the accuracy of the Claims Administrator's input of the information provided on the Proof of Claim forms as well as the transaction details submitted with the claims using a statistical sampling protocol generally accepted in similar claims engagements. Eisner LLP (a certified public accounting firm) was retained to perform this work. The report provided by Eisner LLP revealed only a 0.0509% probability that a transaction was processed incorrectly. Using statistical sampling extrapolation techniques to the entire population of over 140,000 claims in the Rust database at that time which contained over 1.2 million transactions, it can be stated at a high 95% confidence level that there would not be more than 1,100 transaction input errors.

Additionally, at the start of the settlement process, the Independent Distribution Consultant for the SEC case retained Compass Lexecon ("Compass") to assist in the development of the SEC's plan of allocation and calculation methodology. As part of this retention, Compass was asked to review the Claims Administrator's calculations under the methodology developed in the plans of allocation for the SEC case and the class actions. Compass reviewed Rust's calculations of loss amounts under the methodology outlined in the plans of allocation in both the class actions and the SEC case and confirmed the accuracy of the work performed by Rust. In order to evaluate Rust's calculations, Compass independently developed and programmed an algorithm

- 3 -

525801_1

to calculate the loss amounts under the plans of allocation and then applied its algorithm to the dataset of claims used by the Claims Administrator.  After completing its review, Compass confirmed that the Claims Administrator correctly applied the methodology specified in the plans of allocation and that the calculations are accurate for all claims.

Lead Plaintiffs' Counsel submit that, at this time, it is appropriate for an initial distribution of the HealthSouth Settlement proceeds in accordance with the distribution plan set forth in the Marotto Affidavit.  Marotto Aff., ¶17.

## IV.    SUMMARY OF ALLOWED AND DISALLOWED CLAIMS

As set forth in the Marotto Affidavit, a total of 139,849 claims have been submitted, of which 69,489 (which include 1,471 late but otherwise valid claims) have been accepted for payment with a total allowed loss amount of $4,889,386,275.26. Marotto Aff., ¶12.  A total of 70,360 claims have been rejected for the reasons listed in the Marotto Affidavit.  *Id.* at ¶13.  Enclosed, with the court's copy only, as Exhibit B to the Marotto Affidavit, is a computer disk listing all the claims submitted herein. The first portion of the printout lists all of the accepted claims in claim number order, the first section being timely filed claims and the second section being late but otherwise valid claims and shows each Authorized Claimant's allowed calculated loss amount under the Plan of Allocation before being prorated based on the amount of all allowed calculated loss amounts as compared to the total amount available for distribution.  The next portion of the printout lists all the rejected claims in claim

- 4 -

number order and shows the code number corresponding to the reason why such claims were rejected.

Notwithstanding the deadline set for the submission of claim forms, the Notice Order provided that Lead Plaintiffs' Counsel shall have the discretion to seek approval of the court to accept late submitted claims as long as the distribution of the settlement fund was not materially delayed thereby. Notice Order, ¶6. As set forth in the Marotto Affidavit, while 3,766 claims were postmarked after the claim-filing deadline, the processing of these claims did not delay the distribution of the proceeds of the HealthSouth Settlement. Marotto Aff., ¶11. No claim has been recommended for rejection solely because it was received after the submission deadline. It is our belief that when the equities are balanced, it would be unfair to prevent an otherwise valid claim from participating in the distribution of the HealthSouth Settlement proceeds solely because it was submitted after the cut-off date, when it was submitted while claims were still being processed. Accordingly, and as contemplated by the Notice Order, Lead Plaintiffs respectfully request that this court approve the administrative determination not to reject claims submitted after the February 28, 2008 deadline because of lateness.

However, there must be a final cut-off after which no more claims may be accepted. Lead Plaintiffs respectfully request that an Order be entered that no claim submitted after February 1, 2010 be accepted for payment from the HealthSouth Settlement.

- 5 -

525801_1

Additionally, as set forth in the Marotto Affidavit, claimants were afforded the opportunity to cure deficiencies in their claims. To the extent that a Proof of Claim was found to be deficient in any regard, Rust notified the claimant and the claimant was advised as to what was needed to cure the deficiency. Marotto Aff., ¶5. These claimants were also advised that if the deficiency was not cured the claim would be rejected to the extent that the claim was deficient. *Id.* at ¶6. Claimants who or which did not cure their claims, were sent a notice of determination and were advised of their right to contest the determination to reject their claim. *Id.* at ¶7. Claimants whose claims were ineligible under the court-approved Plan of Allocation were sent Final Disposition Letters that advised them of their right to request a further court review of their claim. *Id.* at ¶8.

## V.   REQUESTS FOR COURT REVIEW

As set forth in the Marotto Affidavit, initially, Rust received 884 letters from claimants requesting further review of their claims. Marotto Aff., ¶8. With the assistance of Lead Plaintiffs' Counsel, Rust resolved all but three of the requests for court review. *See id.* at ¶¶8-9. As explained, all three of these claimants failed to hold their HealthSouth securities over a required disclosure date. *Id.* at ¶9. Consequently, they do not have an allowed loss under the court-approved Plan of Allocation. And while it is unfortunate these claimants suffered a market loss on their HealthSouth transactions, their losses are not compensable under the securities laws on which the class actions are based and consequently have been properly rejected for payment.

- 6 -

Lead Plaintiffs' Counsel request that the court adopt Rust's determination to reject these three claims.

## VI.   DESTRUCTION OF CLAIM RECORDS

It is the industry standard to destroy claim records after an appropriate period of time.   In accordance with the industry standard, the Claims Administrator is requesting permission to destroy paper claim records one year after the final distribution of funds in the captioned action and to destroy electronic images and the database three years after the final distribution of funds.  Lead Plaintiffs' Counsel agree with this proposal and request the court's approval.

## VII.   CONCLUSION

For the reasons set forth herein and in the Marotto Affidavit, Lead Plaintiffs respectfully request the court to enter an order (1) authorizing distribution of the settlement proceeds; (2) approving the administrative decisions to allow and/or reject claims; and (3) authorizing the Claims Administrator to destroy the claims records after an appropriate period of time.

DATED:  June 2, 2010                     Respectfully submitted,

G. DOUGLAS JONES, LLC
G. DOUGLAS JONES
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Telephone:  205/731-3472
205/250-9988 (fax)

525801_1

RILEY & JACKSON, P.C.
ROBERT R. RILEY, JR.
1744 Oxmoor Road
Birmingham, AL 35209
Telephone: 205/879-5000
205/879-5901 (fax)

Co-Liaison Counsel for Stockholder Lead
Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JOY ANN BULL
JONAH H. GOLDSTEIN
JOHN J. RICE
JAMES A. CAPUTO
DEBRA J. WYMAN
RYAN A. LLORENS
NATHAN R. LINDELL
SANDRA PAYNE HAGOOD
  (ASB-0360-S73H)


                    s/ Joy Ann Bull
        _____
                  JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAMES W. JOHNSON
JOSEPH A. FONTI
MICHAEL H. ROGERS
CRAIG A. MARTIN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Stockholder Lead
Plaintiffs

- 8 -

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
CHARLES W. GILLIGAN
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)


CICCARELLO DEL GIUDICE
  & LAFON
MICHAEL J. DEL GIUDICE
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Stockholder
Plaintiffs


DONALDSON & GUIN, LLC
DAVID J. GUIN
TAMMY M. STOKES
The Financial Center
505 20th Street, North, Suite 1000
Birmingham, AL 35203
Telephone: 205/226-2282
205/226-2357 (fax)

Liaison Counsel for Bondholder Lead
Plaintiffs

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
MAX W. BERGER
SALVATORE J. GRAZIANO


                    s/ Salvatore J. Graziano
          _____
               SALVATORE J. GRAZIANO

1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)


- 9 -

CUNNINGHAM BOUNDS CROWDER
  BROWN & BREEDLOVE
ROBERT T. CUNNINGHAM
JOHN T. CROWDER
RICHARD DORMAN
1601 Dauphin Street
Mobile, AL  36604
Telephone:  251/471-6191
251/479-1031 (fax)

Co-Lead Counsel for Bondholder Lead
Plaintiffs

- 10 -

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 2, 2010.

s/ Joy Ann Bull
JOY ANN BULL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      Joyb@rgrdlaw.com

# Mailing Information for a Case 2:03-cv-01500-KOB-TMP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Martin Adams**
  adams@parkmanlawfirm.com

- **Richard F Albert**
  ralbert@maglaw.com

- **Robert J Anello**
  ranello@maglaw.com

- **William P Ashworth**
  washworth@wc.com

- **W Michael Atchison**
  Mike.Atchison@burr.com

- **David C Austin**
  daustin@maglaw.com

- **Patrick J Ballard**
  pat@ballardlawoffice.com

- **Edward J Bennett**
  ebennett@wc.com

- **Max W Berger**
  mwb@blbglaw.com

- **Stanley D Bernstein**
  Bernstein@bernlieb.com

- **Jeffrey R Blackwood**
  jblackwood@babc.com

- **Carmine D Boccuzzi**
  cboccuzzi@cgsh.com

- **Bruce R Braun**
  bbraun@winston.com

- **Charles F Brega**
  cbrega@lindquist.com

- **Vincent Briganti**

vbriganti@ldbs.com

- **Scott S Brown**
  scottbrown@maynardcooper.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Hope T Cannon**
  hcannon@babc.com

- **James A Caputo**
  jimc@rgrdlaw.com

- **Derek Chan**
  dchan@lswlaw.com

- **Michael J Chepiga**
  mchepiga@stblaw.com

- **John P Coffey**
  sean@blbglaw.com

- **Betsy P Collins**
  bcollins@burr.com

- **Bryan E Comer**
  bec@cbcbb.com

- **J Erik Connolly**
  econnolly@winston.com

- **Julia Boaz Cooper**
  jbcooper@babc.com

- **Patrick C Cooper**
  darceneaux@maynardcooper.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com

- **John T Crowder , Jr**
  jtc@cbcbb.com

- **Robert T Cunningham , Jr**
  rtc@cunninghambounds.com

- **Stephen D Dargitz**
  sdargitz@skadden.com

- **Charles A Dauphin**
  cdauphin@bddmc.com

- **Timothy A DeLange**
  timothyd@blbglaw.com

- **Manuel J Dominguez**
  jdominguez@bermanesq.com

- **David R Donaldson**
  DavidD@dglawfirm.com

- **Richard T Dorman**
  rtd@cbcbb.com

- **Russell Jackson Drake**
  ecf@whatleydrake.com

- **Wayne W Drinkwater**
  jaltobelli@babc.com

- **Thomas A Dubbs**
  tdubbs@labaton.com

- **Robert D Eckinger**
  robert.eckinger@arlaw.com

- **Jay M Ezelle**
  JME@starneslaw.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph A Fawal**
  jfawal@bellsouth.net

- **H L Ferguson , Jr**
  hlf@ffdlaw.com

- **Thomas Fitzpatrick**
  tfitzpatrick@tfitzpatrick.com

- **Robert Fleishman**
  rfleishm@steptoe.com

- **Joseph A Fonti**
  jfonti@labaton.com

- **Samuel H Franklin**
  sfranklin@lfwlaw.com

- **Brian Thomas Frawley**
  frawleyb@sullcrom.com

- **Lauren C Freundlich**
  lfreundlich@lswlaw.com

- **Henry I Frohsin**
  henry@frohsinbarger.com

- **Stephen J Fuzesi**
  sfuzesi@wc.com

- **Galloway & Somerville, LLC**
  jqs@gallowaysomerville.com

- **Daniel M Gitner**
  dgitner@lswlaw.com

- **Robert J Giuffra**
  giuffrar@sullcrom.com

- **Paul Gluckow**
  pgluckow@stblaw.com

- **Beata Gocyk-Farber**
  Beata@blbglaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com

- **James L Goyer , III**
  jgoyer@maynardcooper.com

- **Salvatore J Graziano**
  sgraziano@blbglaw.com

- **Helen A Gredd**
  hgredd@lswlaw.com

- **David J Guin**
  davidg@dglawfirm.com

- **Jeffrey M Haber**
  haber@bernlieb.com

- **Sandra Payne Hagood**
  sphagood@rgrdlaw.com

- **Anthony C Harlow**
  THarlow@burr.com

- **J Mark Hart**
  mhart@handarendall.com

- **Frederick G Helmsing**
  fgh@helmsinglaw.com

- **James F Henry**
  jhenry@babc.com

- **James F Hughey , III**
  jhughey@lightfootlaw.com

- **Susan E Hurd**
  shurd@alston.com

- **B. Keith Jackson**
  kj@rileyjacksonlaw.com

- **James W Johnson**
  jjohnson@labaton.com

- **John M Johnson**
  jjohnson@lightfootlaw.com

- **G Douglas Jones**
  gdj@hsy.com

- **Robin H Jones**
  RHJ@starneslaw.com

- **Julia M Jordan**
  jordanjm@sullcrom.com

- **Sheilah M Kane**
  skane@cgsh.com

- **Francis P Karam**
  fkaram@gelaw.com

- **Lindsay N Kendrick**
  kendrickl@sullcrom.com

- **Allison R Kimmel**
  akimmel@stblaw.com

- **Alan D Leeth**
  aleeth@burr.com

- **Jeffrey N Leibell**
  Jeffrey.Leibell@gardencitygroup.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com

- **Don B Long , Jr**
  dbl@johnstonbarton.com

- **Mitchell A Lowenthal**
  mlowenthal@cgsh.com

- **Kallie C Lunsford**
  kallie@rileyjacksonlaw.com

- **Enu Mainigi**
  emainigi@wc.com

- **Craig A Martin**
  cmartin@labaton.com

- **Alan Daniel Mathis**
  adm@johnstonbarton.com

- **Erskine Ramsey Mathis**
  erskinelaw@aol.com

- **Lauren A McMillen**
  laurenm@blbglaw.com

- **Debra M Mestre**
  Mestregfc@aol.com

- **Judith L Mogul**
  jmogul@maglaw.com

- **James L O'Kelley**
  jimokelley@bellsouth.net

- **Stephen C Olen**
  sco@cunninghambounds.com

- **Keith F Park**
  keithp@csgrr.com

- **James W Parkman , III**
  parkman@parkmanlawfirm.com

- **Adam L Pollock**
  apollock@maglaw.com

- **Michael J Pucillo**
  mpucillo@bermanesq.com

- **Maxwell H Pulliam**
  MHPulliam@csattorneys.com

- **Teresa T Pulliam**
  ttpulliam@msn.com

- **Barry A Ragsdale**
  bragsdale@sirote.com

- **M Clay Ragsdale , IV**
  clay@ragsdalellc.com

- **C Lee Reeves**
  lreeves@sirote.com

- **John J Rice**
  jrice@rgrdlaw.com

- **Robert R Riley , Jr**
  rob@rileyjacksonlaw.com

- **Michael P Roche**
  mroche@winston.com

- **Daniel O Rodgers**
  dor@ffdlaw.com

- **Michael H Rogers**
  mrogers@labaton.com

- **Nancy I Ruskin**
  nruskin@cgsh.com

- **Robert H Rutherford , Jr**
  RRutherf@Burr.com

- **Michael Sansbury**
  msansbury@spotswoodllc.com

- **Robert S Saunders**
  rsaunder@skadden.com

- **Andrew M Schatz**
  firm@snlaw.net

- **Jeffrey T Scott**
  scottj@sullcrom.com

- **Anne Marie Seibel**
  aseibel@babc.com

- **Neil L Selinger**
  nselinger@ldbs.com

- **Maryanne Sexton**
  msexton@maglaw.com

- **Jackson R Sharman , III**
  jsharman@lfwlaw.com

- **Kenneth O Simon**
  KOS@csattorneys.com

- **Henry E Simpson**
  henry.simpson@arlaw.com

- **J Callen Sparrow**
  jcsparrow@hgdlawfirm.com

- **Beth A Stewart**
  bstewart@wc.com

- **Tammy McClendon Stokes**
  tstokes@dglawfirm.com

- **Stephen A Strickland**
  sstrickland@rjaffelaw.com

- **Lawrence A Sucharow**
  lsucharow@labaton.com

- **Michael T Tomaino**
  tomainom@sullcrom.com

- **William H Wagener**
  wagenerw@sullcrom.com

- **Dan K Webb**
  dwebb@winston.com

- **Edward P Welch**
  ewelch@skadden.com

- **Joe R Whatley , Jr**
  ecf@wdklaw.com

- **William Calvin White , II**
  wwhite@parkmanlawfirm.com

- **Laurent S Wiesel**
  wiesell@sullcrom.com

- **Thomas P Windom**
  twindom@wc.com

- **Nicole E Wrigley**
  nwrigley@winston.com

- **Debra J Wyman**
  debraw@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric Green
RESOLUTIONS LLC
222 Berkeley Street, Suite 1060
Boston, MA 02116
```

**Manual Notice List**

Louis P. Malone
Charles W. Gilligan
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
    202/362-0041
    202/237-1200 (Fax)


Michael J. Del Giudice
Ciccarello Del Giudice & LaFon
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
    304/343-4440
    304/343-4464 (Fax)