FILED
2010 Jun-02 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

HealthSouth Securities Settlement
c/o Rust Consulting, Inc.
201 South Lyndale Ave, Suite S-3
PO Box 1906
Faribault, MN 55021

*Determination Letter - No Loss for Class*

<<Mail Date>>

«Name»
«Address»
«Address 2»
«City» «State» «ZipCode»

Reference: Claim No. «clm_no»

Dear Madam or Sir:

Thank you for filing your claim in the HealthSouth Securities Settlement.

All claims filed in the consolidated class actions have now been processed in accordance with the terms of the Plan of Allocation approved by the judge overseeing the case in the United States District Court for the Northern District of Alabama. The Plan of Allocation and other case documents are available on our Internet site, www.hlssettlement.com.

The class actions settlement provides that only claims with losses on HealthSouth securities are eligible for payment from the class actions Settlement Fund. All claims were calculated according to the terms of the Plan of Allocation. It was determined that your claim is ineligible for payment from the HealthSouth Securities class actions settlement because your claim calculation did not result in a loss according to the provisions of the Plan.

Please note that this determination pertains only to the class actions. If your claim in the SEC Settlement is found to be ineligible, you will be notified separately.

The HealthSouth Securities class actions settlement provides for a review of the determination with respect to your claim. If you believe there was an error in determining your claim's eligibility, please submit your written request for review, including any documentation to support your request in accordance with the enclosed instructions, to the Claims Administrator at the address above. Submissions for review must be postmarked no later than<<mail date + 20 days>>. Requests for review postmarked after this deadline will not be considered.

Very truly yours,


HealthSouth Securities Settlement
Claims Administrator

HealthSouth Securities Settlement
c/o Rust Consulting, Inc.
201 South Lyndale Ave, Suite S-3
PO Box 1906
Faribault, MN 55021

**Instructions Regarding Request for Review of Claims Administrator's Determination**

In order for your request for review of the Claims Administrator's determination of your claim to be processed, you must follow these instructions:

- You will have **20** days from the date on the enclosed letter to submit a detailed statement of the basis of your challenge of the Claims Administrator's determination.
- Any supporting documentation must be marked with the Claim Number that appears on the enclosed letter.
- Your request for review may be submitted by letter to the Claims Administrator at the address above. The Claims Administrator will forward your request for review to the Court overseeing the class actions settlement.
- Your request for review must also include claim number and claimant identification; claimant representative or agent information, if applicable; and a certification that the information provided in the request for review is true and correct.
- All requests for review must be mailed to the address above or **faxed to 1-866-591-7219.**

HealthSouth Securities Settlement
c/o Rust Consulting, Inc.
201 South Lyndale Ave, Suite S-3
PO Box 1906
Faribault, MN 55021

---

*Determination Letter – No Eligible Securities/No Eligible Purchases within Class Period*

<<Mail Date>>

«Name»
«Address»
«Address 2»
«City» «State» «ZipCode»

Reference: Claim No. «clm_no»

Dear Madam or Sir:

Thank you for filing your claim in the HealthSouth Securities Settlement.

All claims filed in the SEC and the consolidated class action settlements have now been processed in accordance with the terms of the Plans of Allocation approved by the United States Securities and Exchange Commission and the judges overseeing the cases in the United States District Court for the Northern District of Alabama. The Plans of Allocation and other case documents are available on our Internet site, www.hlssettlement.com.

Both the SEC and the consolidated class action cases provide that only HealthSouth securities purchased during the recovery periods are eligible for payment from the HealthSouth Securities Settlement.

According to the SEC Plan of Allocation, "Injured customers are those shareholders and bondholders who purchased, or otherwise acquired, HealthSouth securities on or after August 14, 1996…"

According to the consolidated class action Partial Judgment and Order of Dismissal with Prejudice the " "Bondholder Class" means all Persons who purchased or otherwise acquired HealthSouth bonds, notes or other debt instruments during the period between March 31, 1998 and March 18, 2003… "Stockholder Class" means all Persons who purchased or otherwise acquired the stock or options of HealthSouth, including HealthSouth securities received in exchange for the stock or options of certain other companies acquired by HealthSouth between April 24, 1997 and March 18, 2003, inclusive."

Your claim was determined to be ineligible for payment from the HealthSouth Securities Settlement because either your claim did not include purchase(s) of HealthSouth securities or the date(s) of purchase on your claim were outside the recovery periods of both cases.

Both the SEC case and the consolidated class actions provide for a review of the determination with respect to your claim. If you believe there was an error in determining your claim's eligibility, please submit your written request for review, including any documentation to support your request, to the Claims Administrator at the address above. Submissions for review must be postmarked no later than November 17, 2008. Requests for review postmarked after this deadline will not be considered.

Thank you again for your participation in the HealthSouth Securities Settlement.

Very Truly Yours,

HealthSouth Securities Settlement

HealthSouth Securities Settlement
c/o Rust Consulting, Inc.
201 South Lyndale Ave, Suite S-3
PO Box 1906
Faribault, MN 55021

Claims Administrator

**Instructions Regarding Request for Review of Claims Administrator's Determination**

In order for your request for review of the Claims Administrator's determination of your claim to be processed, you must follow these instructions:

- You will have **20** days from the date on the enclosed letter to submit a detailed statement of the basis of your challenge of the Claims Administrator's determination.
- Any supporting documentation must be marked with the Claim Number that appears on the enclosed letter.
- Your request for review may be submitted by letter to the Claims Administrator at the address above. The Claims Administrator will forward your request for review to the Court overseeing the SEC case and the Court overseeing the consolidated class actions.
- Your request for review must also include claim number and claimant identification; claimant representative or agent information, if applicable; and a certification that the information provided in the request for review is true and correct.
- All requests for review must be mailed to the address above or **faxed to 1-866-591-7219.**