FILED
2010 Jun-02 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

EXHIBIT B is a CD containing a list of claimants

provided to Chambers only per court instruction